AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

MADHU JAIN

V.

A CAPE ANN WHALE WATCH, INC.

SUMMONS IN A CIVIL CASE

CASE **05 11267 MEL**

TO: (Name and address of Defendant)

A CAPE ANN WHALE WATCH, INC
P.O. BOX 415
415 MAIN STREET, ROSES WHARF
GLOUCESTER MA
01930

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICE OF JEFFREY CONIARIS
84 STATE STREET
BOSTON MASSACHUSETTS 02109

an answer to the complaint which is herewith served upon you, within **TWENTY (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE

JUN 17 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                    Date                      Signature of Server

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.

August 22, 2005

I hereby certify and return that on 8/19/2005 at 9:45AM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Carol Ann Murphy, agent, person in charge at the time of service for A Cape Ann Whale Watch, Inc., 415 Main Street, Gloucester MA 01930. Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($16.00), Postage and Handling ($1.00), Copies ($5.00) Total Charges $56.50

                                                            /s/ Richard Howell
Deputy Sheriff Richard Howell                                                 Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party and any party appearing pro se by (first class mail, postage prepaid) or (by hand delivery).

Dated 8/23/05     /s/