UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MADHU JAIN,<br>      Plaintiff,<br>v.<br>A CAPE ANN WHALE WATCH, INC.,<br>      Defendant. | CIVIL ACTION NO. 05-11267-MEL |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to L.R. 7.3(A), A Cape Ann Whale Watch, Inc., hereby discloses that it has no parent corporation, and no publicly-held corporation owns more than 10% of its stock.

**CERTIFICATE OF SERVICE:** By my signature below, I hereby certify that on the date set forth below, I have electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the attorneys designated below as ECF recipients, and I hereby certify that on the same date, I have mailed, via United States Postal Service, the document(s) to the non-registered participants reflected below as being provided copies by mail.

Dated: October 17, 2005

*served upon:*
Jeffrey C. Coniaris, Esq., BBO#555907 *(By First Class Mail)*
84 State Street, 6th Floor
Boston, Massachusetts 02109
Tel. (617) 720-5888
Fax. (617) 720-2164

**A CAPE ANN WHALE WATCH, INC.**
By its attorneys,

__/s/ Michael Rauworth_____
Michael J. Rauworth,  BBO# 547711
**CETRULO & CAPONE LLP**
World Trade Center East
Two Seaport Lane — 10th Floor
Boston, Massachusetts 02210
Tel: (617) 217-5500; fax: 617-217-5200