Filed 10/19/05

TO WHOMSOEVER THIS MAY CONCERN

I Madhu Jain have be informed and have conferred with my counsel as to the expense of litigating this matter and have discussed alternate ways that could be used to resolve the matter (arbitration and mediation).

Signed under the pains of perjury

Madhu Jain

October 17, 2005

Madhu Jain
By her counsel,

Jeffrey W. Coniaris
B.B.O. 547711
84 State Street
Boston MA 02109
Tel: (617) 720-5888

October 19, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party and any party appearing pro se by (first class mail, postage prepaid) or (by hand delivery).
Dated 10/19/05

# LAW OFFICES OF JEFFREY CONIARIS

Wednesday, October 19, 2005

Clerk-Civil Business
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston MA 02210

   RE: MADHU JAIN v A CAPE ANN WHALE WATCH, INC.
         C.A. No. 05 11267 MEL

Dear Sir;

   Enclosed for filing please find the following:

   1. Plaintiff's Certifications Pursuant to Local Rule 16.1 (D)(3)

   Please inform immediately if you do not so find.

   Thank you for your attention to this matter.

                                         Very truly yours,

                                         *[signature]*

                                         JEFFREY C. CONIARIS
                                         84 STATE STREET
                                         BOSTON, MA 02109
                                         BBO 555907
                                         (617) 720-5888