UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MADHU JAIN,

      Plaintiff,

v.

CAPE ANN WHALE WATCH, INC.,

      Defendant.

CIVIL ACTION NO. 05-11267-MEL

## PLAINTIFF'S INITIAL DISCLOSURE

Plaintiff objects generally to any suggestion that it has an obligation to produce information

or documents beyond those set out in the Federal Rules of Civil Procedure and provision by

plaintiff does not amount to any admission or concession or constitute an affirmative use of

the information. Plaintiff reserves all rights to amend as discovery is beginning

RULE 26 (a)(1)(A) Plaintiff at this time is unable to determine what other witnesses may

have discoverable information except as the following persons (1) Madhu Jain who likely has

information related to or about the whale watch and passengers and staff, the circumstances

of her fall and aftermath, a descriptions of gangplank and its condition, the whalwatch, the

ship and its condition, the trip, details as to occurrence and injury, plaintiffs past, present and

future medical condition, negligence, facts about the circumstances of the whale-watch,

background information, monetary expenses, pain and suffering, disability, expenses, present

and future treatment (2) Varnit Jain may have discoverable information: descriptions of

gangplank and surroundings, information about the whale watch, plaintiff's medical

condition and hospitalization, facts about the relevant whale watch and passengers or staff

actions or comments, background information, monetary expenses, pain and suffering,

disability, travel and related expenses ) both reside at  D-138, 1st Floor, East

of Kailash New Delhi - 110 065 India.  (3) Dr. Robert McLaughlin,

Beverly Hospital, surgery and medical treatment and results

thereof, Madhu's current physiotherapist's (4) Dr. Shruti

Singal, Physitherapy center, 235, Avatar Enclave, Pashchim

Vihar, New Delhi - 110 063 (5) Doctors Depak Gupta and (6)

Dr. Pradeep Dutta, A-2 Kailash Colony, New Deli, India (4),

(5), (6) may have discoverable information about plaintiff's present, past and future

medical condition, her prognosis, her disability, test results and related medical

information, (information in November 5, 2004 medical report) report supplied herein and

sequela thereof (3)-(6) may have discoverable information about their education, skills and

qualifications. Defendant's disclosed witnesses. No expert witness or witnesses selected at

this time a present time. We reserve the right to supplement this disclosure as discovery

proceeds.

RULE 26 (a)(1)(B)  N.N.O.A data and accompanying materials and G.O.M.O.O.S. and

other climatic data relative to conditions on the date of injury,  Defendants brochures,

Werner Ladder Catalogue, November 5, 2004 medical report (appended), Certificate of

Incorporation. Plaintiff possesses the tangible duplicate of involved Werner scaffold, rails

and stanchions and other parts that duplicate the involved gangway, numerous photographs,

negatives and digital copies of the ship, the ship's surroundings and the gangway all of which

the defendant may examine and copy at a mutually agreed time at plaintiff's attorney's office.

Plaintiff has supplied defendant with a bound set of documents titled "Document

Submissions" Plaintiff appends paper copies of X-rays that plaintiff possesses on disc,

plaintiff reserves the right to supplement this disclosure as discovery proceeds.

RULE 26 (a)(1)(C) Plaintiff refers defendant to computations in medical bills previously

provided in bound set of documents titled "Document Submissions",  plaintiff's husband

airfare to travel from India to accompany her home, Indian medical expenses, future medical

expenses (undetermined at present time) provided Madhu Jain , plaintiff reserves the right to

supplement this disclosure as discovery proceeds.

RULE 26 (a)(1)(D) Plaintiff reserves the right to supplement this disclosure as discovery

proceeds.


CERTIFICATE OF SERVICE:  By my signature below, I, hereby certify that on the date set forth below, I have
filed this document with the Clerk of Court by mail, via United States Postal Service, postage prepaid and hand
delivered to and served a copy of same to Michael Rauworth.

MAHDU JAIN
By her attorney,

Jeffrey C. Coniaris, Esq., BBO# 555907
LAW OFFICES OF JEFFREY CONIARIS
84 State Street
Boston, MA  02109
Tel. (617) 720-5888
Fax. (617) 720-2164

November 1, 2005



**WARNING!**
**THE QUALITY OF THIS IMAGE PRINTOUT MAY NOT BE ADEQUATE.**
**IT SHOULD THEREFORE NOT BE USED FOR DIAGNOSTIC PURPOSES.**

JAIN,MADHU

1301082

C: 511.5  W: 1023.0



8/19/2004, 5:20:45 PM

A2

**WARNING!**
**THE QUALITY OF THIS IMAGE PRINTOUT MAY NOT BE ADEQUATE.**
**IT SHOULD THEREFORE NOT BE USED FOR DIAGNOSTIC PURPOSES.**



**WARNING!**
**THE QUALITY OF THIS IMAGE PRINTOUT MAY NOT BE ADEQUATE.**
**IT SHOULD THEREFORE NOT BE USED FOR DIAGNOSTIC PURPOSES.**

November 5. 2004

1. Its a bimalleolar fracture, The joint surface is involv
site of fracture invloves all the movement of the ankle
That is dorsiflexion, plantarflexion, inversion and evers
the foot. It is the weight bearing joint hence complete 'r
is very important for the patient to stand & to walk.

2. Presently the patient is not able to put full weight on
walk without support. She limps while walking. The prognos
be remarked on only after further physiotherapy of five we
will depand upon ankle joint range of movement.

3. Patient condition can improve or worsen depending on
complications:

a. Joints stiffness & swelling. Presently joint is very s
patient is undergoing physiotherapy since last three wee
resonse is not satisfactory then manipulation under anae
may be needed to restore full movement.

Futher comlications which are very commonly seen in this f
due to late recovery are:

b. Algodystrophy. There is pain & swelling & d
tenderness seen in the ankle joint associated with
changes & severe osteoporosis.

c. The patient can not dorsiflex her ankle so abnormal s
are put on the neighbouring joints specially the knee.
complications can also lead to undue sress on the spine
of limping.

4.There is risk of long term limitations & ability to endu
term standing & walking as presently the freetured an
swollen and there is limitation of the all the ankle
movements causing the limp and it impossible for the pati
walk and stand without support.

5. The patient was not wearing Sari at the time of acciden
wearing fitting clothes & sports shoes which are unlikely
entangled in the foot. Such injuries can be casued by slip
a slanting board.

6. Plate & screws shall remain in body for life.



## The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

*A CAPE ANN WHALE WATCH, INC.* Summary Screen

Request a Certificate

The exact name of the Domestic Profit Corporation:  A CAPE ANN WHALE WATCH, INC.

The name was changed from:  CAPE ANN WHALE WATCH, INC. on  4/23/04
The name was changed from:  GLOUCESTER SIGHTSEEING CRIUSES on  4/1/91

Entity Type:  Domestic Profit Corporation

Identification Number: 042651413

Old Federal Employer Identification Number (Old FEIN):  000136711

Date of Organization in Massachusetts:  05/12/1978

Current Fiscal Month / Day: 12 / 31                    Previous Fiscal Month / Day: 06 / 30

The location of its principal office in Massachusetts:
No. and Street:      P. O. BOX 415
                     415 MAIN ST., ROSE'S WHARF
City or Town:        GLOUCESTER              State: MA      Zip: 01930      Country: USA

If the business entity is organized wholly to do business outside Massachusetts, the location of that office:
No. and Street:
City or Town:                        State:          Zip:          Country:

The name and address of the Registered Agent:
Name:
No. and Street:
City or Town:                        State:          Zip:          Country:

The officers and all of the directors of the corporation:

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration<br>of Term |
|---|---|---|---|
| PRESIDENT | NICHOLAS DANIKAS | CENTENNIAL AVE.,<br>GLOUCESTER, MA 01930 USA<br>CENTENNIAL AVE.,<br>GLOUCESTER, MA 01930 USA | |
| TREASURER | JAMES F. DOUGLASS | TWIN LIGHT CIRCLE,<br>ROCKPORT, MA 01966 USA<br>TWIN LIGHT CIRCLE,<br>ROCKPORT, MA 01966 USA | |
| SECRETARY | JAMES F. DOUGLASS | TWIN LIGHT CIRCLE,<br>ROCKPORT, MA 01966 USA<br>TWIN LIGHT CIRCLE,<br>ROCKPORT, MA 01966 USA | |