**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MADHU JAIN
       Plaintiff(s)

V.

A CAPE ANN WHALE WATCH, INC.
       Defendant(s)

CIVIL ACTION

NO. 05-CV-11267-MEL

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO SENIOR JUDGE   MORRIS E. LASKER

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]  On   March 6, 2007   I held the following ADR proceeding:

    _____ SCREENING CONFERENCE   _____ EARLY NEUTRAL EVALUATION
    \_\_X\_\_\_\_ MEDIATION   _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL   _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ ]  Settled. Your clerk should enter a \_\_\_\_\_ day order of dismissal.

[ ]  There was progress. A further conference will be scheduled for_____ unless the case is reported settled prior to that date.

[X]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

 3/6/07
DATE

/S/ Joyce London Alexander
ADR Provider

(ADR Report.wpd - 4/12/2000)             [adrrpt.]