UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MADHU JAIN,<br>      Plaintiff,<br>v.<br>CAPE ANN WHALE WATCH, INC.,<br>      Defendant. | CIVIL ACTION NO. 05-11267-MEL |

**JOINT MOTION OF THE PARTIES TO CONTINUE STATUS CONFERENCE**

Because of the unavailability of both counsel on March 22, 2007 — the date scheduled for a status conference in this matter — the parties jointly move that the same be continued to April 4, 2007, a date agreed by both the parties following consultation with the clerk of court for the session.

WHEREFORE, the parties jointly pray that the currently-scheduled conference be continued as aforesaid.

**CERTIFICATE OF SERVICE:** By my signature below, I, Michael Rauworth, hereby certify that on the date set forth below, I have electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the attorneys designated below as ECF recipients, and I hereby certify that on the same date, I have mailed, via United States Postal Service, the document(s) to the non-registered participants reflected below as being provided copies by mail.

| | |
|---|---|
| **MAHDU JAIN**<br>By her attorney, | **CAPE ANN WHALE WATCH, INC.**<br>By its attorneys, |
|  /s/ Jeffrey C. Conairis<br>Jeffrey C. Coniaris, Esq., BBO# 555907<br>**LAW OFFICES OF JEFFREY CONIARIS**<br>84 State Street<br>Boston, MA  02109<br>Tel. (617) 720-5888<br>Fax. (617) 720-2164<br>**Dated:  March 21, 2007** |  /s/ Michael Rauworth<br>Michael J. Rauworth, BBO# 547711<br>**CETRULO & CAPONE LLP**<br>World Trade Center East<br>Two Seaport Lane — 10th Floor<br>Boston, Massachusetts 02210<br>Tel:  (617) 217-5500;<br>Fax:  (617) 217-5200 |