UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MADHU JAIN,<br>    PLAINTIFF<br>v.<br>A CAPE ANN WHALE<br>WATCH, INC.<br>    DEFENDANT | ) C.A. No. 05 11267 MEL<br>)<br>)<br>)<br>)<br>)<br>) |

OPPOSITION TO DEFENDANT'S MOTION UNDER RULE 804 (6) TO EXCLUDE
MEDICAL REPORT OF DR. LHOWE

   As an operating trauma surgeon at M.G.H. Dr. Lhowe regularly writes evaluative reports. This is part of his practice and these reports are kept in the regular course of his practice. He certifies this to be true in his certification of them as regularly kept records of regularly activity (Exhibit 1).

   In his certification Dr. Lhowe states, "the reports were necessary according to good medical practice" and were "reports of examination and treatment". (Exhibit 1)

   Under Rule 803 (4):

   HEARSAY EXCEPTIONS; AVAILABILITY OF DECLARANT
   IMMATERIAL

   The following are not excluded by the hearsay rule, even though the declarant is available as a witness;

      (4) Statements for purposes of medical diagnosis or treatment. Statements made for purposes of medical diagnosis or treatment and describing medical history, or past or present symptoms, pain, or sensations, or the inception or general character of the cause or external source thereof insofar as reasonably pertinent to diagnosis or treatment.

   To require that the plaintiff forgo this opinion would deprive her of some of the most reliable and probative evidence available. The doctor had complete freedom to write whatever he wanted.

   The doctor is a practicing senior surgeon (and Harvard Assistant Professor and author) to make him appear in Court would deprive his patients of his time and promote

the reluctance of so many surgeons to get involved in any matter that would pull them away from their practice (Exhibit 2).

A review of his c.v. Demonstrates that he does not exclusively perform medical evaluations, but as an expert, he is often referred patients by other doctors who desire his expertise.

Defendant's Motion is not based on any facts that show that the medical records were not kept in the regular course of business or that the examining orthopedic surgeon had motivation to lie or that the records are self-serving.

The method of their preparation was to record information and diagnosis based on first hand knowledge and on information communicated by Ms. Jain of the type generally given for the purpose of treatment.

The circumstances of preparation do not indicate lack of trustworthiness. They were made at or near the time of the examination. The examination and diagnosis treatment is a regular part of an orthopedic doctor's practice.

**(6) Records of regularly conducted activity.** A memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses, made at or near the time by, or from information transmitted by, a person with knowledge, if kept in the course of a regularly conducted business activity, and if it was the regular practice of that business activity to make the memorandum, report, record or data compilation, all as shown by the testimony of the custodian or other qualified witness, or by certification that complies with **Rule 902(11)**, **Rule 902(12)**, or a statute permitting certification, unless the source of information or the method or circumstances of preparation indicate lack of trustworthiness. The term "business" as used in this paragraph includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

In order to make clear its adherence to the latter position, the rule specifically includes both diagnoses and opinions, in addition to acts, events, and conditions, as proper subjects of admissible entries.

Defendant's objection is a challenge to the certification of these records as business records. He has no evidence that anything in the certification is not true.

Defendant could have cross-examined the doctor if he had noticed his deposition and cross-examined him. Defendant had the plaintiff examined by two doctors of his choosing. No circumstances or method here indicates a lack of trustworthiness or unfairness.

Dr. Lhowe regularly writes evaluative reports because he is involved in treating orthopedic trauma patients on a regular basis. He is trustworthy and any doubt as to the

trustworthiness of these records should reflected in the weight the Court gives them, not in their admissibility. If a part or parts of the records is objectionable it may be stricken.

HEREFORE, the plaintiff respectfully moves that the defendant's motion be denied.

By the Plaintiff,

/s/ _____
JEFFREY C. CONIARIS
BBO# 555907
84 State Street
Boston, MA   02109
(617) 720-5888

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party and any party appearing pro se by ~~first-class mail, postage prepaid or~~ (by hand delivery).

Dated 6/10/07 _____

 

10 Hawthorne Place - Suite 115
Boston, Massachusetts 02114

E-mail: DLHOWE@PARTNERS.ORG
Tel: (617) 724-2800  Fax: (617) 726-6311

**David W. Lhowe, M.D.**
*Department of Orthopedic Surgery*
*Fracture Care*
*Joint Replacement Surgery*

I hereby certify that the attached medical records and reports of examination and treatment which are attached and which contain statements of diagnosis, prognosis, disability and causation, were prepared incidental to medical treatment rendered by me for injuries sustained by Madju Jain; and that the treatment rendered to Madju Jain as set forth in the above-referenced reports were necessary according to good medical practice.

Subscribed and Sworn to Under the Pains and Penalties of Perjury this _11th_ day of _May_, 2007.

_____
David W. Lhowe

PARTNERS. HealthCare System Member

## LICENSURE AND CERTIFICATION

| | |
|---|---|
| 1980- | Massachusetts Medical Licensure |
| 1996-2001 | New Hampshire Medical Licensure |
| 1988 | American Board of Orthopaedic Surgery |
| 1999 | Recertified (through 2010) |
| 2000 | Advanced Trauma Life Support, Provider |
| 2000 | Advanced Trauma Life Support, Instructor |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1985 | Senior Fellow in Orthopedic Surgery, University of Washington |
| 1986-2001 | Instructor in Orthopaedic Surgery, Harvard Medical School |
| 2001- | Assistant Professor in Orthopaedic Surgery, Harvard Medical School |

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| 1984 | Assistant in Orthopaedics<br>Massachusetts General Hospital, Boston MA |
| 1985 | Senior Orthopedic Fellow<br>Harborview Medical Center, Seattle WA |
| 1986-1990 | Chief, Department of Orthopaedic Surgery<br>The Cambridge Hospital, Cambridge MA |
| 1986 | Staff Physician, Department of Orthopaedic Surgery<br>Harvard Community Health Plan, Boston MA |
| 1986-1998<br>2003-2005 | Staff Physician, Department of Surgery<br>Mt. Auburn Hospital, Cambridge MA |
| 1986-1992 | Staff Physician, Department of Orthopaedic Surgery<br>Brigham and Womens Hospital, Boston MA |
| 1986- | Staff Physician, Department of Orthopaedic Surgery<br>Massachusetts General Hospital, Boston MA |
| 2003- | Staff Physician, Department of Orthopedic Surgery<br>Winchester Hospital, Winchester, MA |

## OTHER PROFESSIONAL POSITIONS

1994  
Orthopedic Consultant , Ministry of Health  
Kingdom of Abu Dhabi

1999-  
Chief Orthopedic Officer  
International Medical – Surgical Response Team  
United States Department Homeland Security

2001  
Founding Member  
Department of Homeland Security

## VOLUNTEER SERVICE

1998  
AmeriCares  
Orthopedic Surgery and Teaching  
University Hospital  
Prishtina, Kosovo

2001  
International Medical-Surgical Response Team  
Orthopedic Emergency Care  
World Trade Center, New York City

2005  
Project HOPE / US Navy  
Orthopedic Surgery for Tsunami Victims  
Banda Aceh, Indonesia

## HOSPITAL SERVICE RESPONSIBILITIES

1986-1989  
Chairman, Department of Orthopedic Surgery  
The Cambridge Hospital, Cambridge MA

1992-1994  
Assistant Chief, Orthopaedic Trauma Service  
Massachusetts General Hospital, Boston MA

1994-2001  
Chief, Orthopaedic Trauma Service  
Massachusetts General Hospital , Boston MA

4

## MAJOR ADMINISTRATIVE RESPONSIBILITIES

1986-1992           Course Director, Primary Care Orthopedics
                    Department of Continuing Medical Education
                    Harvard Medical School, Boston MA

1996-2001           Co-Chairman, Residency Selection Committee
                    Harvard Combined Orthopaedic Residency Program

1996-2000           Director, Orthopaedic Trauma Fellowship
                    Massachusetts General Hospital, Boston MA


## MAJOR COMMITTEE ASSIGNMENTS

Harvard Medical School

1989-1997           Member, Continuing Education Committee

Harvard Combined Orthopaedic Residency Program
1995-2001           Member, Residency Selection Committee

Affiliated Institutions

1986-1989           Member, Hospital Executive Committee
                    The Cambridge Hospital, Cambridge MA

1990-2002           Member, Trauma Executive Committee
                    Massachusetts General Hospital, Boston MA

1995-1997           Member, Trauma Implant Committee
                    Massachusetts General Hospital, Boston MA

1995-1998           Member, Administrative Redesign Committee
                    Operations Improvement Initiative
                    Massachusetts General Hospital, Boston MA

1996-1998           Member, Operating Room Restructuring Team
                    Operations Improvement Initiative
                    Massachusetts General Hospital, Boston MA

5

| | |
|---|---|
| 1996-1998 | Chairman, Compensation Committee<br>Orthopaedic Associates<br>Massachusetts General Hospital, Boston, MA |
| 1998-2001 | Member, Compensation Committee<br>Orthopaedic Associates<br>Massachusetts General Hospital, Boston MA |
| 2001- 2004 | Member, Managed Care and Contracting Committee<br>Massachusetts General Hospital, Boston, MA |

National

| | |
|---|---|
| 1999-2000 | Member, Field Test Task Force<br>American Board of Orthopaedic Surgery |
| 2000-2002 | Member, Annual Program Committee<br>Orthopaedic Trauma Association |
| 2002- | Member, Ad Hoc Committee on Mass Casualty<br>Orthopaedic Trauma Association |

## PROFESSIONAL SOCIETIES

| | |
|---|---|
| 1988- | New England Trauma Study Group |
| 1989- | AO Alumni Association |
| 1989- | Massachusetts Orthopaedic Association |
| 1990- | American Academy of Orthopaedic Surgeons |
| 1990- | AO North America Faculty |
| 1990- | Orthopaedic Trauma Association |
| 1998- | Orthopedics Overseas |

## EDITORIAL BOARDS

| | |
|---|---|
| 1992- | Consulting Reviewer (Trauma)<br>Journal of Bone and Joint Surgery |
| 1993- | Consulting Reviewer (Trauma)<br>Clinical Orthopaedics and Related Research |

## AWARDS AND HONORS

| | |
|---|---|
| 1977 | Alpha Omega Alpha |
| 1978 | Noether Award for Excellence in Therapeutics<br>Case Western Reserve University |
| 2005 | Teacher of the Year<br>Harvard Orthopaedic Residency Program |

# BIBLIOGRAPHY

## ORIGINAL REPORTS

1. Lhowe DW, Ehrlich MG, Chapman PH, Zaleske DJ. Congenital Intraspinal Lipomas : Clinical Presentation and Response to Treatment. Journal of Pediatric Orthopaedics 1987; 7:531-7.

2. Lhowe DW, Hansen ST. Immediate Nailing of Open Fractures of the Femoral Shaft. Journal of Bone and Joint Surgery 1988; 70A:812-20.

3. Rodgers WB, Lhowe DW. Retrograde Intramedullary Nailing of the Femur. Bull Hosp Joint Diseases 1996; 55(2):78-80.

4. Rodgers WB, Kharrazi FD, Waters PM, Kennedy JG, McKee M, Lhowe DW. The Use of Osseous Suture Anchors in the Treatment of Severe, Complicated Elbow Dislocations. American Journal of Orthopaedics 1996; 25(11):794-8.

5. Kharrazi FD, Rodgers WB, Kennedy JG, Lhowe DW. Partruition-Induced Pelvic Dislocation : A Report of 4 Cases. Journal of Orthopaedic Trauma 1997; 11(4):277-281.

6. Cove JA, Lhowe DW, Jupiter JB, Siliski JM,. The Management of Femoral Diaphyseal Nonunions. Journal of OrthopaedicTrauma 1997; 11(7):513-520.

7. Lonner JH, Siliski JM, Jupiter JB, Lhowe DW. Posttraumatic Nonunion of the Proximal Tibial Metaphysis. American Journal of Orthopaedics 1999, 28(9):523-528.

8. Chin K, Altman D, Altman G, Tomford W, Lhowe DW. Retrograde Nailing of Femur Fractures in Patients with Myelopathy Who Are Nonambulatory Clinical Orthopaedics and Related Research 2000; 373:218-226.

9. Mithohfer K, Lhowe DW, Altman GT. Delayed Presentation of Acute Thigh Compartment Syndrome After Contusion of the Thigh. Journal of Orthopaedic Trauma 2002; 16:436-437.

10. Lhowe DW, Briggs S. Planning for Mass Civilian Casualties Overseas. IMSuRT – International Medical / Surgical Response Teams. Clinical Orthopaedics and Related Research 2004; 422:109-113.

11. Mithohfer K, Lhowe DW, Vrahas MS, Altman DT, Altman GT. The Clinical Spectrum of Acute Compartment Syndrome of the Thigh and Its Relation to Associated Injuries. Clinical Orthopaedics and Related Research 2004; 425:223-229.

PROCEEDINGS OF MEETINGS

Presentations

1. Lhowe DW, Hansen ST. Immediate Intramedullary Nailing of Open Femur Fractures. American Academy of Orthopaedic Surgeons Annual Meeting, San Francisco 26 Jan 1987.

Posters

1. Rodgers WB, Kharrazi FD, Waters PM, Kennedy JG, McKee M, Lhowe DW. The Use of Osseous Suture Anchors in the Treatment of Severe, Complicated Elbow Dislocations. Orthopaedic Trauma Association Annual Meeting, Tampa 1995.

2. Rodgers WB, Lhowe DW. Retrograde Intrtamedullary Nailing Using the AO Unreamed Tibial Nail: Adjunctive Use of an Existing Implant. Orthopaedic Trauma Association Annual Meeting, Tampa 1995.

REVIEWS

1. Lhowe, DW. Basics of Broken Bones for the Non-Orthopaedist. Emergency Medicine 1987 Sep 30: 89-111.

2. Lhowe, DW. Office Procedures:Treatment and Referral of Fractures of the Upper Extremity. Modern Medicine 1989; 57(9):62-71.

3. Lhowe, DW. Office Procedures : Treatment and Referral of Fractures of the Lower Extremity. Modern Medicine 1989; 57(10).

4. Lhowe, DW. Fracture of the Adult Forearm. Mediguide to Orthopedics 1990; 9(6):1-5.

5. Lhowe, DW. Hemiarthroplasty for Fracture/Dislocation of the Shoulder. Strategies in Orthopedics 1992; 11(1) 1-20.

6. Lhowe, DW. Open Fractures of the Femoral Shaft. Orthopedic Clinics of North America 1994; 25:573-9.


TEXTBOOKS

Edited

1. May H, Lhowe DW, et al, eds. Emergency Medicine. 2nd ed. Boston: Little Brown, 1991.


Chapters

1. Hansen ST, Lhowe DW. Diaphyseal Fractures of the Femur. In: Chapman M, ed. Operative Orthopaedics. Philadelphia: JB Lippincott, 1988:389-412. (Revised for 2nd edition,1991:637-650)

2. Lhowe DW. Intracapsular Fractures of the Femur. In: Evarts CMc, ed. Surgery of the Musculoskeletal System. 2nd ed. New York: Churchill Livingstone, 1990: 2549-92.

3. Lhowe DW. Fractures of the Patella. In: Siliski JM, ed. Traumatic Disorders of the Knee. New York: Springer-Verlag, 1994: 159-168.

4. Lhowe DW. Extensor Mechanism Disruptions. In: Siliski JM, ed. Traumatic Disorders of the Knee. New York: Springer-Verlag, 1994:169-174.

5. Lhowe DW, Born CT. Extremity Injuries. In: Briggs S, ed. Advanced Disaster Medical Response. Manual for Providers. Boston: Harvard Medical International, 2003:103-111.

6. Lhowe DW. Orthopedic Trauma : Extremity Fractures. In: Sheridan RL, ed. The Trauma Handbook of The Massachusetts General Hospital. Philadelphia: Lippincott Williams & Wilkins, 2004: 526-539.


VIDEOTAPE

1. Lhowe DW. Hemiarthroplasty for Fracture/Dislocation of the Shoulder - Surgical Technique. Learning Technology Incorporated, 1992.