# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MADHU JAIN, | ) | C.A. No. 05 11267 MEL |
|     PLAINTIFF | ) |  |
| v. | ) |  |
| A CAPE ANN WHALE | ) |  |
| WATCH, INC. | ) |  |
|     DEFENDANT | ) |  |
|  | ) |  |

### PLAINTIFF"S MOTION UNDER TO ADMIT THE MEDICAL REPORT OF DR. HAHN AND OBTAIN COPY OF I.M.E. BY DOCTOR THAKUR

Plaintiff traveled to Boston from New Deli and submitted herself to two I.M.E.s.

by the defendant's doctors (Dr. Thakur and Dr. Hahn)

The results of the Dr. Thakur I.M.E.was withheld.

The report of Dr. Kyung Ae Hahn was provided to Plaintiff by Defendant.

Plaintiff requests that Hahn records be admitted into evidence. They are probative and the circumstances are trustworthy.

Plaintiff requests that the second I.M.E. be provided under Rule 35 (b) 1:

> If requested by … the person examined, the party causing the examination to be made shall deliver to the requesting party a copy of the detailed written report…

It was requested (Exhibit 1)

Defendant should not be allowed to demand that plaintiff submit to Dr Thakur and then withhold the results.

WHEREFORE, the plaintiff respectfully moves that the Court order production of the Thakur material and admit the Hahn I.M.E. report.

By the Plaintiff,

JEFFREY C. CONIARIS
BBO# 555907
84 State Street
Boston, MA   02109
(617) 720-5888

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party and any party appearing pro se by (first-class mail, postage prepaid) or (by hand delivery).

Dated __6/6/07__ _____

July 27, 2006


Michael Rauworth
Cetrulo & Capone L.L.P.
World Trade Center East
Two Seaport Lane 10th Floor
Boston Massachusetts 02210



RE:    MADHU JAIN v A CAPE ANN WHALE WATCH INC.
       CIVIL ACTION 05 11267 MEL
       United States District Court

Dear Michael,

        Would you please send me?

        1. Copies of photographs of Ms. Jain's ankle taken at her deposition
        2. More legible copies of the copies of photographs of the Hurricane II and the
           gangway that you produced in your response to my requests for production of
           documents
        3. Documents generated by Dr. Thakur relative to your I.M.E of plaintiff.

        Thank you for your attention to this matter.

                                        Very truly yours,



                                        JEFFREY C. CONIARIS
                                        84 STATE STREET
                                        BOSTON, MA 02109
                                        BBO 555907
                                        (617) 720-5888