## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

MADHU JAIN,

       Plaintiff,

v.

A CAPE ANN WHALE WATCH, INC.,

       Defendant.

CIVIL ACTION NO. 05-11267-MEL

## MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendant, A Cape Ann Whale Watch, Inc, ("Cape Ann"), hereby moves for judgment in its favor as a matter of law.  As grounds for its motion, Cape Ann submits that the plaintiff has failed to introduce evidence sufficient to support a finding:

that the conduct of the defendant fell below any applicable standard;

that the conduct of the defendant reflected a lack of due care under the circumstances;

that the diamond-plate surface of the ramp was improper or unreasonable; or

that any act or conduct of the defendant was the cause of plaintiff's injury.

Inasmuch as the plaintiff's claim cannot prevail under these circumstances, a ruling against her is called for.

WHEREFORE, Cape Ann respectfully prays that judgment as a matter of law be entered in its favor.

**CERTIFICATE OF SERVICE:** Undersigned counsel hereby certifies that s/he has this day provided a true copy of this document to all counsel of record and all parties appearing pro se (if any) by the method indicated alongside their respective names as shown below.

Dated: June 12, 2007

*served upon:*
Jeffrey C. Coniaris, Esq. *(In Open Court & by 1st Class Mail)*
84 State Street, 6th Floor
Boston, Massachusetts 02109
Tel. (617) 720-5888
Fax. (617) 720-2164

**A CAPE ANN WHALE WATCH, INC.**
By its attorneys,

   /s/ Michael Rauworth
Michael J. Rauworth,  BBO# 547711
**CETRULO & CAPONE LLP**
World Trade Center East
Two Seaport Lane — 10th Floor
Boston, Massachusetts 02210
Tel: (617) 217-5500; fax: 617-217-5200

02006-0042
830865v1