# LAW OFFICES OF JEFFREY CONIARIS

Tuesday, June 19, 2007

FILED
CLERKS OFFICE

2007 JUN 19 P 12: 56

Clerk-Civil Business
Judge Morris Lasker
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

U.S. DISTRICT COURT
DISTRICT OF MASS.

RE: MADHU JAIN v A CAPE ANN WHALE WATCH, INC.
C.A. No. 05 11267 MEL

Dear Sirs;

At the close of defendant's case, plaintiff asked the Court for permission to depose Dr. Vinod Datta (an orthopedic surgeon in India) or in the alternative to depose Dr. David Lhowe.

The defendant objected to the deposition of Dr. Datta based on the basis of inadequate nondisclosure. The Court instructed parties that a written motion should make the request.

Because of the delay these additional depositions would entail, plaintiff no longer seeks to depose either Dr. Datta or Dr. Lhowe.

Plaintiff is prepared to file Requests for Rulings of Law and Requests for Rulings of Fact and asks when Rulings of Law and Requests for Rulings of Fact are to be submitted.

Thank you for your attention to this matter.

Very truly yours,

JEFFREY C. CONIARIS
84 STATE STREET
BOSTON, MA 02109
BBO 555907
(617) 720-5888

By hand delivery to Court and by fax and mail to Defendant
on the above date.