**UNITED STATES DISTRICT COURT**
BOSTON, MASSACHUSETTS 02210

June 20, 2007

CHAMBERS OF
JUDGE MORRIS E. LASKER

Jeffrey C. Coniaris, Esq.
84 State Street
Boston, MA 02109

      Re: Madhu Jain v. A Cape Ann Whale Watch, Inc.
         Civil Action No. 05-11267-MEL

Dear Mr. Coniaris:

    I have your letter of June 19, 2007 advising that plaintiff no longer seeks to depose either Dr. Datta or Dr. Lhowe.

    I am setting the date of July 12, 2007 for submission of proposed findings of fact and rulings of law.

                                  Very truly yours,

cc: Michael J. Rauworth, Esq.