UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__MADHU JAIN__
        Plaintiff(s)

v.                        CIVIL ACTION NO. __05-11267-MEL__

__A. CAPE ANN WHALE WATCH, INC.__
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

__LASKER,S.D.J.__

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED :**

In accordance with the Findings of Fact and Conclusions of Law. dated September 12, 2007. The Court finds that the plaintiff Madhu Jain has failed to establish that the defendant A Cape Ann Whale Watch, Inc. was negligent in the circumstances of this case or that she was injured as a result of the negligence of the defendant A Cape Ann Whale Watch, Inc. Accordingly, the complaint is dismissed.

SARAH A. THORNTON
CLERK OF COURT

Dated: __September 13, 2007__        By __/s/ George H. Howarth__
                                              Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                                                              [jgm.]