# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MADHU JAIN

V.                                               Case No. 05-11267-MEL

A CAPE ANN WHALE WATCH, INC.

## N O T I C E

Please take notice that the exhibits introduced into evidence in the above entitled action will be disposed of within thirty (30) days of the date of this Notice without further notice to the parties pursuant to Rule 79.1 of the Local Rules of this Court.

If you wish to claim the exhibits please contact me to make arrangements to pick up the exhibits and receipt for same.

                                      SARAH A. THORNTON
                                      CLERK OF COURT

By:   /s/ George H. Howarth
      Deputy Clerk

Telephone No. 617-748-9127

Date: October 5, 2007

Copy to : Counsel of Record

(Exhibit LR79.1 Notice.wpd - 11/98)                                                [ntcexh.]